IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-11111
Summary Calendar
_____

THEO WILLIAMS,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, Commissioner
of Social Security,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-1294-X
--------------------
September 22, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Theo Williams appeals the district court's judgment dismissing his complaint against the Social Security Commissioner and affirming the Commissioner's decision that Williams' disability ceased on January 25, 1994, and that he was therefore not entitled to Disability Insurance Benefits at the close of March, 1994. Williams asserted in the district court and on appeal that (1) the administrative law judge (ALJ), did not give proper weight to the opinion of Dr. Kevin Gill, Williams'

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

treating physician, and (2) that the ALJ misinterpreted and/or did not give appropriate weight to the testimony of the vocational expert (V.E.).

The ALJ considered Dr. Gill's report and found no objective medical findings to show that Williams was able to work on or after January 25, 1994. Dr. Richard Friedman opined that Williams had the functional capacity to perform sedentary/light work. This opinion was supported by the reports of Dr. David Webb and Dr. George Sibley. The ALJ also considered the V.E.'s testimony. The V.E. concluded that Williams would be able to perform jobs of routing clerk, route delivery clerk, and electronic accessory assembler despite Williams' physical limitations. The V.E. further testified that these jobs existed in significant number in the national economy. Accordingly, the ALJ's decision that Williams' disability ceased in January 1994 is supported by substantial evidence.

AFFIRMED.